**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | 06-6041M |
| Plaintiff, | **MATERIAL WITNESS ORDER** |
| vs. | |
| Santiago Larriva, | |
| Defendant. | |

Defendant Santiago Larriva, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Court having determined from the affidavit of Jason McHugh, Senior Patrol Agent, filed in this case, the following person can provide testimony that is material to the offense alleged in the complaint:

Evelyn Galan-Galvan

The Court finds that it may become impracticable to secure the presence of the witness by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

**IT IS ORDERED** that the witness shall be detained pursuant to 18 U.S.C. § 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or serving

1  sentences or being held in custody pending appeal. The witness shall be afforded a
2  reasonable opportunity for private consultation with counsel.
3      DATED this 24th day of February, 2006.

        David K. Duncan
        United States Magistrate Judge